Allen J. Wilt, Esq. (NSB 4798)
*awilt@lionelsawyer.com*
Jordan A. Davis, Esq. (NSB 12196)
*jadavis@lionelsawyer.com*
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 W. Liberty Street
Reno, Nevada 89501
(775) 788-8666 (Telephone)
(775) 788-8682 (Fax)

TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416
**(*Pro hac vice to be filed*)**

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACOBS FIELD SERVICES NORTH AMERICA, INC., <br><br> Plaintiff <br> v. <br><br> HYCROFT RESOURCES & DEVELOPMENT, INC., <br><br> Defendant | Case No.  3:14-cv-00289-RCJ-WGC <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Jacobs Field Services North America, Inc. ("Jacobs") is a wholly owned subsidiary of Jacobs Engineering Group, Inc., a publicly traded company. Additionally, pursuant to LR 7.1-1, the undersigned counsel of record for Jacobs, certifies that there are no known interested parties other than those participating in the case.  These

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 10th of June, 2014.

          LIONEL SAWYER & COLLINS

By: /s/ Jordan A. Davis, Esq.
    Allen J. Wilt, Esq. (NSB 4798)
    *awilt@lionelsawyer.com*
    Jordan A. Davis, Esq. (NSB 12196)
    *jadavis@lionelsawyer.com*
    LIONEL SAWYER & COLLINS

-and-

TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
TARA B. VOSS, CASB No. 261967
tara.voss@kyl.com
KEESAL, YOUNG & LOGAN
***(Pro hac vice to be filed)***

Attorneys for Plaintiff

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

2